

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00297-CV

| | | |
|---|---|---|
| CHARLES CLEVELAND NOWDEN, Appellant | § | On Appeal from the 297th District Court |
| | § | of Tarrant County (1080543D) |
| V. | § | August 15, 2019 |
| THE STATE OF TEXAS, Appellee | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel